**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUG 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT VENETUCCI, #05108-000  )
    Plaintiff, Federal Medical Cntr  )
                P.O. B 4000  )    c
    v.           Rochester, MN  )
DEPARTMENT OF STATE,  55903-4000  )
    Defendant.  )

Case: 1:07-cv-01521
Assigned To : Roberts, Richard W.
Assign. Date : 8/27/2007
Description: PRO SE GEN. CIVIL

**COMPLAINT**

    Robert Venetucci, "Plaintiff" pro se, brings this action seeking reversal of a decision by Defendant that it was without jurisdiction to make, and avers as follows:

## I. JURISDICTION AND VENUE

1. Defendant is located within this judicial district.

2. Plaintiff is located at the Federal Medical Center, Rochester, Minnesota.

3. Venue is proper in this judicial district for Plaintiff's claims.

4. This Court has jurisdiction pursuant to 28 U.S.C. Section 1331.

## II. FACTUAL ALLEGATIONS

5. Plaintiff was arrested in New York state on November 2, 1983, pursuant to an extradition warrant issued by the Milan, Italy, Civil and Criminal Court.

6. Plaintiff attended an extradition hearing in the United States

RECEIVED

AUG 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District Court for the Eastern District of New York regarding
Italy's allegation that Plaintiff committed the crimes of extortion
and conspiracy to commit extortion.

7. The extradition hearing is reported at Matter of Sindona, 584
F. Supp. 1437 (E.D.N.Y. 1984).

8. Exhibit A attached hereto is a copy of a document executed
on August 18, 1984 by a, or the, U.S. Deputy Secretary of State.

9. Exhibit A states that it was signed in, and the Seal of the
Department of State was affixed in, the City of Washington.

10. Exhibit A states that Plaintiff "has by proper authority and
due form of law, been brought before District Judge I. Leo
Glasser of the United States District Court for the Eastern
District of New York for examination upon said charges of extortion
and conspiracy to commit extortion."

11. Exhibit A states that District Judge I. Leo Glasser found suff-
iciency in law to justify Plaintiff's commitment on the charges
of extortion and conspiracy to commit extortion, pursuant to
the existing treaty stipulations between the U.S. and Italy.

12. Exhibit A refers to 18 U.S.C. Section 3184.

13. Exhibit A makes no reference to complicity in premeditated
murder.

14. Exhibit B attached hereto is a copy of a document executed

-2-

by a  duly authorized official or employee of the U.S. Depart-
ment of State.

15. Exhibit B states that "(t)he Department informs the Embassy
that the United States Government consents to the trial in
Italy of (Plaintiff) on the additional charge of complicity
in premeditated murder."

16. Exhibit B refers to a treaty in force between the United States
and Italy.

17. At no time prior to execution of Exhibit B did Defendant receive
notification that a United States District Judge or Magistrate
Judge had conducted a hearing regarding Plaintiff's additional
charge of complicity in premeditated murder.

18. At no time prior to the execution of Exhibit B did Defendant
receive notification that a United States District Judge or
Magistrate Judge found sufficiency in law for Plaintiff to
be tried in Italy for the crime of complicity in premeditated
murder.

19. The memorandum of points and authorities in support of the
complaint is incorporated herein by reference.

### III.  RELIEF REQUESTED

20. Plaintiff respectfully requests that this Court rule that
Defendant lacked the jurisdiction to consent to Plaintiff's

-3-

trial in Italy for the additional charge of complicity in
premeditated murder and that such consent is cancelled.

21. Further, Plaintiff requests that this Court order Defendant
to notify the Embassy of Italy that Defendant's consent to
the additional charge of complicity in premeditated murder
has been cancelled as the Department of State lacked the jur-
isdiction required.

Respectfully submitted,

August 1, 2007

*Robert Venetucci*

Robert Venetucci
05108-000
Federal Medical Center
PMB 4000
Rochester, MN  55903-4000

-4-

*Department of State*

To all to whom these Presents shall come, Greeting:

**Whereas,** _____ His Excellency Rinaldo Petrignani _____

_____

_____

accredited to this Government, has made requisition in conformity with the provisions

of existing treaty stipulations between the United States of America and _____ Italy _____

_____

for the mutual delivery of criminals, fugitives from justice in certain cases, for the delivery

up of _____ Robert Venetucci _____

_____ charged with the crimes of _____ extortion and conspiracy

to commit extortion _____ committed

within the jurisdiction of _____ Italy _____

**And Whereas,** The said _____ Robert Venetucci has _____

_____

been found within the jurisdiction of the United States and _____ has _____ by proper

authority and due form of law, been brought before _____ District Judge I. Leo Glasser of

the United States District Court for the Eastern District of New York _____

for examination upon said charges of _____ extortion and conspiracy to commit

extortion _____

**And Whereas,** The said _____ District Judge I. Leo Glasser _____

Exhibit A

Robert Venetucci

is sufficient in law to justify _____ his _____ commitment upon the said charges,

and has, therefore, ordered that the said _____ Robert Venetucci _____

_____

be committed pursuant to the provisions of said treaty stipulations.

Now, Therefore, Pursuant to the provisions of Section 3184, Title 18, United

States Code, These Presents are to require the United States Marshal for the _____

_____ Eastern District of New York _____, or any other

public officer or person having charge or custody of the aforesaid Robert Venetucci _____

_____, to surrender

and deliver _____ him _____ up to such person or persons as may be duly authorized by

the Government of _____ Italy _____ to receive the said

_____ Robert Venetucci _____

_____ to be tried for the crimes of which _____ he is _____

so accused.

In Testimony Whereof, I have hereunto signed my name and caused the Seal

of the Department of State to be affixed.

Done at the City of Washington, this _____ 18th _____ day

of _____ August _____, A. D. 19 84 , and of the

Independence of the United States of America the

_____ 209th _____

Deputy Secretary of State.

PR00030-2004

   The Department of State refers to Notes No. 8143
of September 17, 1984 and No. 9267 of October 17, 1984,
of the Embassy of Italy requesting the consent of the
United States Government, pursuant to Article XVI(1)(c)
of the 1983 Extradition Treaty in force between the
United States and Italy, to try Robert Venetucci on the
additional charge of complicity in premeditated murder.
Mr. Venetucci was extradited from the United States to
Italy in August 1984 to stand trial on charges of
extortion and conspiracy to commit extortion.

   The Department informs the Embassy that the United
States Government consents to the trial in Italy of
Mr. Venetucci on the additional charge of complicity in
premeditated murder.


Department of State,
   Washington,


Drafted: L/LEI:LJLink
1/2/85

APPROVED: D:KWDam

Clearances: L/LEI:AMSurena
            EUR/WE:DTLongo (subs)
            S/S-S:JGAlba

                              Exhibit B

F
07-1521
RWR.

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Robert Venetucci | Department of State |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888 (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| Pro Se (PR) | |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) # 05108-000 | Case: 1:07-cv-01521 Assigned To : Roberts, Richard W. Assign. Date : 8/27/2007 Description: PRO SE GEN. CIVIL |

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
   Plaintiff

☐ 3 Federal Question
   (U.S. Government Not a Party)

☒ 2 U.S. Government
   Defendant

☐ 4 Diversity
   (Indicate Citizenship of Parties
   in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

①

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☒ 1 Original
Proceeding ☐ 2 Removed
from State
Court ☐ 3 Remanded from
Appellate Court ☐ 4 Reinstated
or Reopened ☐ 5 Transferred from
another district
(specify) ☐ Multi district
Litigation ☐ 7Appeal to
District Judge
from Mag.
Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN
COMPLAINT** CHECK IF THIS IS A CLASS
☐ ACTION UNDER F.R.C.P. 23 DEMAND $
0 Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S)
IF ANY** (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 8/27/07 SIGNATURE OF ATTORNEY OF RECORD NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd