```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

ROBERT VENETUCCI,                )
    Movant/Plaintiff,         )
                               )
v.                               )    Civil Case No: 07-cv-1521
                               )
DEPARTMENT OF STATE,             )
    Respondent/Defendant.      )

---

**MOTION REQUESTING EXTENSION OF TIME TO FILE AN
OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION**

---

    COMES NOW, Movant, Robert Venetucci, filing pro se who respectfully requests, pursuant to Fed. R. Civ. P. 6(b), an order extending the time to file his Objection to Magistrate's Report and Recommendation to February 15, 2008.

    This motion is made on the grounds that:

    1. Movant was placed into segregation housing under investigation on December 24, 2007. As of the date of this filing no determination has been given to his fate, nor a date given when Movant will be placed back in general population.

    2. Movant, who is representing himself on a pro se basis, has no access to the prison law library which prevents him from completing the necessary legal research required to properly file his objection to magistrate's report and recommendation.

    3. Movant has requested no previous extensions of time in this matter and to date, all of his filings with this Court have

been made in a timely manner.

Respectfully submitted this 7th day of January, 2008.

*Robert Venetucci*
Robert Venetucci
05108-000
Federal Medical Center
PMB 4000
Rochester, MN  55903-4000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this foregoing instruments has been mailed postage prepaid on this 7th day of January, 2008, to Karen L. Melnik, AUSA at 555 4th Street, N.W., Washington, D.C. 20530 by depositing with Counselor J. Bakker, my counselor at FMC-Rochester, who placed with the mail room officer, FMC-Rochester's system for legal mail.

*Robert Venetucci*
Robert Venetucci