UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT VENETUCCI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br> ) | Civil Action No. 07-1521 (RWR) |

ORDER

Plaintiff filed a motion seeking an enlargement of time to object to a magistrate judge's report and recommendation. This case has not been referred to a magistrate judge and no such report exists. Under the Order of December 6, 2007, plaintiff had until January 10, 2008, to respond to defendant's motion to dismiss the complaint. Construing the current unopposed motion as one seeking to extend the foregoing deadline, and finding good cause shown, it is

ORDERED that plaintiff's motion for an enlargement of time [Dkt. No. 10] is GRANTED; and it is further

ORDERED that plaintiff shall respond to defendant's motion to dismiss by March 4, 2008, or, as previously advised, risk having the defendant's motion granted as conceded and having the complaint dismissed. The Clerk is directed to enclose with the copy of this Order sent to plaintiff a copy of defendant's dispositive motion [Dkt. No. 8].

_____/s/_____
RICHARD W. ROBERTS
DATE: February 5, 2008         United States District Judge