UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT VENETUCCI, ) | |
| ) | |
|     Pro se Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-cv-1521 (RWR) |
| ) | |
| DEPARTMENT OF STATE, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for Defendant Department of State and withdraw the appearance of Assistant United States Attorney Karen Melnik.

Dated: March 3, 2008

Respectfully submitted,

        /s/
Karen Melnik, D.C. Bar # 436452
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338
Karen.Melnik@usdoj.gov


Brandon L. Lowy,
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364
Brandon.Lowy@usdoj.gov

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2008, I caused the foregoing Notice of Substitution of Counsel to be filed via the Court's Electronic Case Filing system, and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

**ROBERT VENETUCCI**
R05108-000
ROCHESTER FEDERAL MEDICAL CENTER
PMB 4000
Rochester, MN 55903-4000

_____
BRANDON L. LOWY