RECEIVED
MAR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT VENETUCCI,                    *
                                     *
          Plaintiff,                 *
                                     *
v.                                   *     Case No. 07cv1521 (RWR)
                                     *
DEPARTMENT OF STATE,                 *
                                     *
          Defendant.                 *
                                  *****

## MOTION FOR EXTENSION OF TIME

COMES NOW, Plaintiff Robert Venetucci, pro se, respectfully moves the Honorable Court pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby request an extension of time. (dated February 29, 2008 )

**In support thereof, plaintiff states the following:**

1. In the above reference-case the defendants file a motion in response to Plaintiff response to Defendant's Motion to Dismiss "Defendant's Reply In Support Of Motion To Dismiss."

2. In a Memorandum For Inmate Population dated March 5, 2008 from Duke Terrell, Warden, stated that due to the number of inmates presenting flu like symptoms, inmates are being restricted to the housing units, all meals are being served in the units, no visits and to wear a mask at all times until furthe notice.

3. The inmate law library have been closed based on the above, therefore, plaintiff can not due a response to Defendant's Reply In Support of Motion To Dissmiss.

WHEREFORE, Plaintiff respectfully request an extension of time to respond to " Defendant's Reply In Support Of Motion To Dismiss.

                                        Respectfully submitted,

                                        Robert Venetucci, pro se
                                        #05108-000
                                        Federal Medical Center
                                        P.O.B. 4000
<u>March 8, 2008</u>                      Rochester, MN 55903-4000
    Date

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 8th day of March, 2008 a copy of the foregoing Motion for Extension of Time was mailed to the below address:

                          Kare L. Melnik, D.C. Bar # 436452
                              Assistance U.S. Attorney
                                555 4th Street, N.W.
                                Washington D.C. 20530

Signature: _____
                   Robert Venetucci, pro se