UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT VENETUCCI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 07-1521 (RWR)** |
| ) | |
| **DEPARTMENT OF STATE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above captioned case and withdraw the appearance of Special Assistant United States Attorney Brandon L. Lowy.

Respectfully submitted,

____/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

ROBERT VENETUCCI
05108-000
Federal Medical Center
PMB 4000
Rochester, MN 55903-4000

on this 8th day of August, 2008.

                                          ____/s/_____
                                          JOHN G. INTERRANTE
                                          Assistant United States Attorney
                                          Civil Division
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7220
                                          (202) 514-8780 (fax)
                                          John.Interrante@usdoj.gov